John M. BOWLING and Rayco Man-
ufacturing, Inc., Plaintiffs–Ap-
pellants,

v.

GREEN MANUFACTURING, INC.,
Defendant–Cross Appellant.

No. 01–1194, 01–1211.

United States Court of Appeals,
Federal Circuit.

DECIDED: Dec. 19, 2001.

Before LOURIE, CLEVENGER and
GAJARSA, Circuit Judges.

### Judgment

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:*

*AFFIRMED. See* Fed. Cir. R.36.

Lewis S. CHERRY, Claimant–
Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 01–7054.

United States Court of Appeals,
Federal Circuit.

DECIDED: Dec. 19, 2001.

Before MAYER, Chief Judge,
GAJARSA and LINN, Circuit Judges.

PER CURIAM.

Lewis S. Cherry seeks review of the February 5, 2001, order by the United States Court of Appeals for Veterans Claims, No. 99–1508, remanding his case for readjudication under the Veterans Claims Assistance Act of 2000. In light of the representations by counsel for the government in open court, the case is *dismissed* as moot.